Case Nos. 24-1127 & 24-1501

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

INTERSTATE RESTORATION, LLC,

Plaintiff-Appellee,

v.

MARRIOTT INTERNATIONAL, INC.,

Defendant-Appellant,

and

ZURICH AMERICAN INSURANCE CO.,

Defendant.

On Appeal from the U.S. District Court for the District of Colorado
The Honorable Nina Wang, District Judge
District Court No. 1:21-CV-01380-NYW-JPO

JOINT PROPOSED BRIEFING SCHEDULE

In response to this Court's Order of January 6, 2025, Appellee Interstate Restoration, LLC ("Interstate") and Appellant Marriott International, Inc. ("Marriott") jointly propose the following briefing schedule and word limits for further proceedings in this case:

1. Marriott's supplemental opening brief addressing the additional issues it wishes to raise in Appeal No. 24-1501 will be due on February 17, 2025. That supplemental brief will be limited to 4,000 words.

2. Interstate's consolidated response brief will be due on March 28, 2025. That consolidated response brief will be limited to 17,000 words.

3. Marriott's consolidated reply brief will be due on April 21, 2025. That consolidated reply brief will be limited to 8,500 words.

The parties respectfully request the Court to adopt this joint proposed schedule.

Dated: January 16, 2025

*/s/ Stephen G. Masciocchi*
Stephen G. Masciocchi
Jessica J. Smith
Aja Robbins
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202-3921
smasciocchi@hollandhart.com
jjsmith@hollandhart.com
arobbins@hollandhart.com

*Counsel for Interstate*

Respectfully submitted,

*/s/ Matthew S. Hellman*
Matthew S. Hellman
Elizabeth B. Deutsch
Maria E. LaBella
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
Telephone: 202-639-6000
MHellman@jenner.com
EDeutsch@jenner.com
MLaBella@jenner.com

*Counsel for Marriott*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Tenth Circuit using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Matthew S. Hellman*
Matthew S. Hellman

## CERTIFICATE OF COMPLIANCE

In accordance with this Circuit's CM/ECF User Manual, I certify that this document: (i) contains no information subject to the privacy redaction requirements of Tenth Circuit Rule 25.5; and (ii) was scanned for viruses with the most recent version of a commercial virus scanning program, and found free of viruses.

This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5)-(6) and 10th Cir. R. 32(A), because it was prepared in a proportionally spaced typeface using Microsoft Word in Century font size 13.

/s/ *Matthew S. Hellman*
Matthew S. Hellman