# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Interstate Restoration, LLC

v.

Marriott International, Inc. and Zurich American Insurance Co.

Case No. 24-1127

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Marriott International, Inc.

_____
[Party or Parties][1]

_____

Appellant
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

---

Matthew S. Hellman
Name of Counsel
s/Matthew S. Hellman
Signature of Counsel
1099 New York Ave., NW, Suite 900
Washington, DC 20001
202-639-6000
Mailing Address and Telephone Number
MHellman@jenner.com
E-Mail Address

Elizabeth B. Deutsch
Name of Counsel
s/ Elizabeth B. Deutsch
Signature of Counsel
1099 New York Ave., NW, Suite 900
Washington, DC 20001
202-639-6000
Mailing Address and Telephone Number
EDeutsch@jenner.com
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

_____04/22/2024_____
Date

*s/ Matthew S. Hollman*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

[X] All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ] On _____ I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]


___04/22/2024_____
Date

s/Matthew S. Hollman
_____
Signature